Daniel Timothy NAIRN, Appellant,

v.

Brenda Marie NAIRN, Respondent.

No. WD 70439.

Missouri Court of Appeals,
Western District.

Nov. 24, 2009.

Brian J. Klopfenstein, Kearney, MO, for Appellant.

Edward C. Clausen, Jefferson City, MO, Ruth O'Keefe Schulte, Lake Ozark, MO, for Respondent.

Before JOSEPH M. ELLIS, P.J., VICTOR C. HOWARD, and JAMES EDWARD WELSH, JJ.

### ORDER

PER CURIAM:

Daniel T. Nairn appeals the circuit court's judgment granting his ex-wife's motion to modify the parenting plan regarding their two children and her motion for contempt. We affirm. Rule 84.16(b).

Alma BROCK, Appellant,

v.

FOXWOOD SPRINGS LIVING CEN-TER and Division of Employment Security, Respondents.

No. WD 70691.

Missouri Court of Appeals,
Western District.

Nov. 24, 2009.

Samuel I. McHenry, Kansas City, MO, for Appellant.

Arthur J. Neuhedel, Overland Park, KS, for Respondent, Foxwood.

Larry R. Ruhmann, Jefferson City, MO, for Respondent, State of MO.

Before JOSEPH M. ELLIS, P.J., VICTOR C. HOWARD, and JAMES EDWARD WELSH, JJ.

### ORDER

PER CURIAM:

Alma Brock appeals the Labor and Industrial Relations Commission's decision that she is not eligible for unemployment benefits because she voluntarily left her job with Foxwood Springs Living Center without good cause attributable to her work or to her employer. We affirm. Rule 84.16(b).